**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

## 09CV02579

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 - 2009

GREGORY C. LANGHAM
CLERK

LEONARD KROLL,

     Plaintiff,

v.

SUSAN KROLL,

     Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Notice of Removal. However, despite the fact that he has filed

a document titled "Notice of Removal," it is not clear what, if any, action Plaintiff is

removing to this court or why. It is clear, though, that Plaintiff is seeking some sort of

relief from this court. Therefore, the clerk of the court will be directed to commence a

civil action. If Plaintiff actually does intend to remove an action to this court, he is

directed to file a separate notice of removal that complies with the procedures for

removal in 28 U.S.C. § 1446.

     As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the documents Plaintiff has submitted to the court are deficient as

described in this order. Plaintiff will be directed to cure the following if he wishes to

pursue his claims in this action.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by plaintiff/petitioner/applicant on motion
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete
(6)    __    is missing original signature by plaintiff/petitioner/applicant on affidavit
(7)    __    affidavit is not notarized or is not properly notarized
(8)    __    names in caption do not match names in caption of complaint, petition or
            application
(9)    __    An original and a copy have not been received by the court.
            Only an original has been received.
(10)   __    other _____

**Complaint or Petition**:
(11)   __    is not submitted
(12)   xx    is not on proper form (must use the court's current form)
(13)   __    is missing an original signature by the plaintiff/petitioner/applicant
(14)   __    is incomplete
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court.  Only an
            original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other _____

Accordingly, it is

        ORDERED that the clerk of the court commence a civil action in this matter.  It is

        FURTHER ORDERED that Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in

response to this order must include the civil action number on this order.  It is

        FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a

copy of this order, two copies of the following forms:  Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _30th_ day of _October_____, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **09CV02579**

Leonard Kroll
10501 Lynx Ct.
Littleton, CO 80124

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on _____11/3/09_____

GREGORY C. LANGHAM, CLERK

By:_____
                       Deputy Clerk